IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Robert Willie Garrett, #267175 | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 6:08-0399-HMH-WMC |
| | ) | |
| vs. | ) | **OPINION & ORDER** |
| | ) | |
| Director Jon Ozmint; Mrs. L. Odem; | ) | |
| Mrs. V. Jenkins; Mr. James E. Sligh, Jr.; | ) | |
| Mr. Caser; Mrs. Gilmore; and SCDC, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court with the Report and Recommendation of United States Magistrate William M. Catoe, made in accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 of the District of South Carolina.[1]

Plaintiff Robert Willie Garrett ("Garrett"), a state prisoner proceeding pro se, alleges that his civil rights have been violated by those acting under color of state law, 42 U.S.C. § 1983. On May 5, 2008, the South Carolina Department of Corrections ("SCDC") filed a motion to dismiss alleging it is immune from suit. In his Report and Recommendation, Magistrate Judge Catoe recommends granting SCDC's motion to dismiss.

Garrett filed no objections to the Report and Recommendation. In the absence of objections to the Report and Recommendation of the magistrate judge, this court is not required

---

[1] The recommendation has no presumptive weight, and the responsibility for making a final determination remains with the United States District Court. See Mathews v. Weber, 423 U.S. 261, 270 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the magistrate judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1) (2006).

1

to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts Magistrate Judge Catoe's Report and Recommendation and incorporates it herein. It is therefore

**ORDERED** that SCDC's motion to dismiss, docket number 22, is granted.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
November 14, 2008

### NOTICE OF RIGHT TO APPEAL

The Plaintiff is hereby notified that he has the right to appeal this order within thirty (30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.

2